[No. 9544–7–I.   Division One.   May 17, 1982.]

WAYNE SHEIRBON, ET AL, *Appellants,* v. ROBERT
SKIEVASKI, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 858676, Frank J. Eberharter, J., entered Sep-
tember 24, 1980. *Affirmed* by unpublished opinion per
Durham, J., concurred in by Andersen, C.J., and James, J.

[No. 9222–7–I.   Division One.   May 17, 1982.]

ALFRED SCHMID, *Respondent,* v. THE CITY OF
TUKWILA, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 851063, Oluf Johnsen, J. Pro Tem., entered
July 30, 1980. *Reversed* by unpublished opinion per
Andersen, C.J., concurred in by James and Durham, JJ.

[No. 9187–5–I.   Division One.   May 17, 1982.]

*In the Matter of the Personal Restraint of*
CHARLES DOUGLAS MCINTYRE, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by
unpublished opinion per Durham, A.C.J., concurred in by
Ringold and Corbett, JJ.